

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00196-CV

Michael Cochrum
v.
National Bugmobiles, Inc.

On Appeal from the
24th District Court of Victoria County, Texas
Trial Cause No. 17-03-80727-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed as modified . The Court orders the judgment of the trial court AFFIRMED AS MODIFIED. Costs of the appeal are adjudged against party incurring same.

We further order this decision certified below for observance.

January 11, 2018